UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TENA WILLIAMS ) | CIVIL ACTION |
|     Plaintiff ) | |
| ) | |
| v. ) | |
| ) | |
| CLIENT SERVICES, INC. ) | |
|     Defendant ) | DECEMBER 11, 2009 |

## COMPLAINT

### I. INTRODUCTION

1. This is a suit brought by a consumer who has been harassed by the defendant collection agency. This action is for violations of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692 *et seq.*

### II. PARTIES

2. The plaintiff, Tena Williams, is a natural person residing in South Windsor, Connecticut and is a consumer as defined by the Fair Debt Collection Practices Act ("FDCPA") 15 U.S.C. §1692a(3).

3. The defendant Client Services, Inc. ("Client Services"), is a Missouri corporation and is licensed by the Connecticut Department of Banking as a Consumer Collection Agency and is a debt collector as defined by FDCPA § 1692a(6).

## III. JURISDICTION

4. Jurisdiction in this Court is proper pursuant to 15 U.S.C. § 1692k(d), 28 U.S.C. §§ 1331, and 1337, and Fed. R. Civ. P. 18(a).

5. This Court has jurisdiction over Client Services because it engages in debt collection within Connecticut.

6. Venue in this Court is proper, because the Plaintiff is a resident and the acts complained of occurred in this state.

## IV. FACTUAL ALLEGATIONS

7. On or around October 7, 2009, Client Services sent Plaintiff a collection letter.

8. Plaintiff called Client Services in response to that letter, and she spoke with a Client Services representative.

9. During that conversation, Plaintiff told the representative that all future calls should be directed to her attorney, and she provided her attorney's phone number.

10. In response, the representative asked Plaintiff if she was filing for bankruptcy, and she told Plaintiff that Client Services would continue to call her if her attorney was not a bankruptcy attorney.

## V. CLAIMS FOR RELIEF
### CAUSE OF ACTION
### Violations of Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692 et seq.

11. Plaintiff incorporates Paragraphs 1-10.

12. Client Services violated the FDCPA by questioning Plaintiff about whether she was filing for bankruptcy and by threatening to continue to call Plaintiff even though she had just given Client Services her attorney's contact information.

13. For Client Services' violation of the Fair Debt Collection Practices Act as described above, the Plaintiff is entitled to recover her actual damages, statutory damages of $1,000.00, and reasonable attorney's fees, pursuant to 15 U.S.C. § 1692k.

WHEREFORE, the Plaintiff seeks recovery of monetary damages pursuant to 15 U.S.C. § 1692k; statutory damages pursuant to 15 U.S.C. § 1692k; attorney's fees and costs pursuant to 15 U.S.C. § 1692k; and such other relief as this Court deems appropriate.

PLAINTIFF, TENA WILLIAMS

By: _____
Daniel S. Blinn, Fed Bar No. ct02188
Matthew W. Graeber, Fed Bar No. ct27545
dblinn@consumerlawgroup.com
Consumer Law Group, LLC
35 Cold Spring Rd., Suite 512
Rocky Hill, CT  06067
Tel. (860) 571-0408; Fax. (860) 571-7457