UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **TENA WILLIAMS** ) | **CIVIL ACTION NO.** |
| Plaintiff ) | **3:09-CV-02034 (VLB)** |
| ) | |
| v. ) | |
| ) | |
| **CLIENT SERVICES, INC.** ) | |
| Defendant ) | **MARCH 25, 2010** |
| ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii), the plaintiff, Tena Williams, through her attorney, and the defendant, Client Services, Inc., through its attorney, hereby stipulate that the claims of the above-entitled action shall be dismissed with prejudice, and without costs or attorney's fees.

Plaintiff, Tena Williams

By /s/Daniel S. Blinn
Daniel S. Blinn  (ct02188)
Consumer Law Group, LLC
35 Cold Spring Road, Suite 512
Rocky Hill, CT  06067
Tel: (860) 571-0408
Fax: (860) 571-7457
dblinn@consumerlawgroup.com

Defendant, Client Services, Inc.

By Joshua A. Yahwak
Joshua A. Yahwak (ct5138)
Law Offices of Brian J. Farrell, Jr.
555 Long Wharf Drive
New Haven, CT  06511
Tel:  (203) 782-4122
Fax: (203) 782-4128
jyahwak@bfarrelllaw.com

## **CERTIFICATION**

I hereby certify that on this 25th day of March, 2010, a copy of foregoing Stipulation of Dismissal was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

        **/s/Daniel S. Blinn**
        **Daniel S. Blinn**